I respectfully dissent in part to the majority opinion regarding the disbursement of funds from the partition sale of the property. LaPlause moved to disburse the $30,000 funds received from the sale of the homestead and sought rental credits from his ex-wife. Erma Polk filed a cross-motion for disbursement of funds also. She sought credit for $4,267.45 allegedly paid by her on the mortgage and property ad valorem taxes of $693.93.
The court held the proof to be insufficient to grant her any relief and denied her any credit. Admittedly, Erma's proof was not the best evidence, and the record is unclear as to whether the claimed mortgage payments and taxes were paid by her before the sale of the home or after. However, the court charged her with a fair rental of $200 per month for use of the home for her and the children from the date that LaPlause bought the property. In order to accomplish equity to both parties, the chancery court would have been *Page 133 
within its authority to require further proof as to when and in what amount she paid the mortgage payment and taxes on this house by proper records. Warner's Griffith, Mississippi Chancery Practice § 595, at 417 (1991). Had Erma Polk's payments been made after the date of LaPlause's purchase of the home, then equity would dictate that she should be given credit for those sums for payment of the mortgage and taxes, in light of the fact that she was charged with rent. I am of the opinion that her testimony that her "monthly house note was $243" and that she spent "a little better than $4,000" was sufficient for the chancellor to award her credit for sums paid after LaPlause's purchase of the house. Admittedly, better evidence could have been introduced by her attorney, but LaPlause should not have been allowed to be unjustly enriched by Erma's payment of the mortgage and court-ordered rent as well.
The chancery court has the authority to grant equitable relief, and in this case a double charge to Erma Polk does not accomplish equity. For this reason, I dissent as to this feature.